# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-0197-LRH-CWH |
| Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 21) |
| TRIMALE SHERIDAN, ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant's motion to reconsider detention order. Docket No. 21. The Court hereby ORDERS any response must be filed no later than July 16, 2014, and any reply must be filed no later than July 17, 2014. The Court hereby SETS a hearing on that motion for July 21, 2014, at 11:00 a.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: July 15, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge