1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

TRIMALE DWAYNE SHERIDAN,

           Defendant.

)
)
)
)
)
)
)
)
)
)

2:14-cr-00197-LRH-CWH

**ORDER**

15
16
17
18
    This matter is before the Court on defense counsel's Emergency Ex-Parte Motion to Withdraw as Counsel for Defendant (doc. # 61), filed April 8, 2015.  The motion is granted based on the representations made in that motion.  The CJA Administrator is ordered to appoint an attorney from the CJA panel to represent Defendant Trimale Dwayne Sheridan in the instant action.

19
20
21
    Moreover, the Court deems it appropriate to deny without prejudice the pending motion to suppress (doc. # 44), as new defense counsel will be appointed in the instant case.  New counsel may re-file said motion, if appropriate, pursuant to this Court's local rules.

22
23
    Accordingly, **IT IS HEREBY ORDERED** that defense counsel's Emergency Ex-Parte Motion to Withdraw as Counsel for Defendant (doc. # 61) is **granted**.

24
25
    **IT IS FURTHER ORDERED** that Defendant's motion to suppress (doc. # 44) is **denied without prejudice**.

26
27
    **IT IS FURTHER ORDERED** that the date set to hear the motion to suppress (doc. # 44), April 13, 2015, is **vacated.**

28
//

1    **IT IS FURTHER ORDERED** that the CJA Administrator shall identify an attorney from

2  the CJA panel to represent Defendant Trimale Dwayne Sheridan for the duration of this matter.  The

3  Federal Public Defender shall forward Defendant's case file to CJA counsel forthwith upon

4  appointment.

5    Dated: April 8, 2015

6    _____

7    **C.W. HOFFMAN**
    **United States Magistrate Judge**