UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TRIMALE DWAYNE SHERIDAN,<br><br>                Defendant. | Case no. 2:14-CR-00197-LRH-CWH<br><br>NOTICE OF INTENTION<br>TO DISMISS WITHOUT PREJUDICE |

Currently before the court are two motions: Motion in Limine (#45[1]) and Motion to Bifurcate Trial (#57). The court hereby gives notice that it intends to dismiss both of these motions, without prejudice, in light of the recent discharge of counsel and appointment of new counsel, unless notified otherwise by current counsel within ten (10) days of the entry of this order.

IT IS SO ORDERED.

DATED this 18th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.