UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-00197-LRH-(CWH) |
| Plaintiff, | |
| v. | MINUTE ORDER |
| TRIMALE DWAYNE SHERIDAN, | |
| | June 12, 2015 |
| Defendant. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

On May 18, 2015, this court filed a Notice of Intention to Dismiss without Prejudice (#71)[1] in which it stated that, unless it heard otherwise from newly appointed counsel within ten (10) days of the filing of the notice, it would dismiss two motions (## 45, 57) currently before the court. To date, there has been no response from counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendant's Motion in Limine (#45) and Motion to Bifurcate Trial (#57) are DENIED without prejudice.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
            Deputy Clerk

---

[1] Refers to court's docket number.