UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>vs.<br>TRIMALE DWAYNE SHERIDAN,<br>　　　　　　　Defendant. | Case no. 2:14-cr-00197-LRH-CWH<br><br>ORDER |

　　　On March 17, 2016, this Court granted counsel of record's, Craig W. Drummond, Esq., oral motion to withdraw and for the appointment of CJA appellate counsel.

　　　IT IS HEREBY ORDERED that Russell Marsh, Esq., is appointed in place and stead of Craig W. Drummond as counsel of record for Defendant Trimale Dwayne Sheridan for all further proceedings.

　　　IT IS FURTHER ORDERED that Mr. Drummond shall forward the file to Mr. Marsh forthwith.

　　　DATED this 29th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE